NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

12-1436

STATE OF LOUISIANA

VERSUS

SHELWIN MARKISE JONES

\*\*\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 267,161
HONORABLE WILLIAM ROSS FOOTE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

PHYLLIS M. KEATY
JUDGE

\*\*\*\*\*\*\*\*\*\*\*\*

Court composed of Elizabeth A. Pickett, Phyllis M. Keaty, and John E. Conery, Judges.

APPEAL DISMISSED.

James M. Buck
Assistant District Attorney – 9th JDC
P. O. Box 1472
Alexandria, LA  71309
(318) 473-6650
COUNSEL FOR APPELLEE:
    State of Louisiana

Beth Fontenot
Louisiana Appellate Project
P. O. Box 3183
Lake Charles, LA  70602
(337) 491-3864
COUNSEL FOR APPELLANT:
    Shelwin Markise Jones

**Keaty, Judge.**

The Defendant, Shelwin Markise Jones, was charged by bill of information with carjacking, a violation of La.R.S. 14:64.2, and armed robbery, a violation of La.R.S. 14:64. On March 3, 2003, the State amended the charge of carjacking to accessory after the fact and entered a *nolle prosequi* for the charge of armed robbery. In exchange, the Defendant entered a guilty plea to accessory after the fact. On that same date, the Defendant waived sentencing delays, and he was sentenced to five years at hard labor.

On November 15, 2012, the Defendant filed a motion seeking an appeal, which was granted by the trial court on November 16, 2012.

On December 28, 2012, this court issued an order for the Defendant to show cause why his appeal should not be dismissed as untimely perfected, citing La.Code Crim. P. art. 930.8 and *State v. Theard*, 04-1212 (La. 6/17/05), 904 So.2d 681. In response, the Defendant conceded that the appeal was untimely perfected and should be dismissed as untimely.

Accordingly, the Defendant's appeal is dismissed.

**APPEAL DISMISSED.**